**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| JAMES MICHAEL INC | § | Case No. 06-02737 |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 03/20/2006 . The undersigned trustee was appointed on 03/20/2006 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 23,937.46

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Administrative expenses | | 88.13 |
| Payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 23,849.33 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

6. The deadline for filing claims in this case was 10/27/2006 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,143.75 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,143.75 , for a total compensation of $ 3,143.75 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 18.79 , for total expenses of $ 18.79 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/15/2010 By:/s/JOSEPH E. COHEN
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 06-02737 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: JAMES MICHAEL INC

For Period Ending: 12/15/10

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 03/20/06 (f)
341(a) Meeting Date: 04/20/06
Claims Bar Date: 10/27/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 1,960.00 | 1,000.00 | | 0.00 | FA |
| 2. ACCOUNT RECEVIABLE | 161,520.00 | 50,000.00 | | 23,591.76 | FA |
| 3. VEHICLE | 5,000.00 | 3,000.00 | | 0.00 | FA |
| 4. OFFICE EQUIPMENT | 2,500.00 | 1,000.00 | | 0.00 | FA |
| 5. MACHINERY | 6,000.00 | 2,000.00 | | 0.00 | FA |
| 6. INVENTORY | 500.00 | 0.00 | | 0.00 | FA |
| 7. INCOME TAX REFUND (u) | 0.00 | Unknown | | 11.23 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 334.47 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $177,480.00 | $57,000.00 | | $23,937.46 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR. TRUSTEE IS COLLECTING ACCOUNTS RECEIVABLE OF DEBTOR. TRUSTEE MAY FILE ADVERSARY COMPLAINTS TO COLLECT RECEIVABLES. TRUSTEE TO FILE MOTION TO EMPLOY ACCOUNTANT.

Initial Projected Date of Final Report (TFR): 11/30/07 Current Projected Date of Final Report (TFR): 06/30/10

FORM 2

Page: 1

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-02737 -ABG
Case Name: JAMES MICHAEL INC

Taxpayer ID No: *******9913
For Period Ending: 12/15/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6498 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/26/06 | 2 | MIDWAY ENTERPRISES, INC. | ACCOUNT RECEIVABLE | 1121-000 | 5,005.80 | | 5,005.80 |
| 07/26/06 | 2 | IMPERIAL A.I. CREDIT | ACCOUNT RECEIVABLE | 1121-000 | 1,336.96 | | 6,342.76 |
| 07/26/06 | 2 | HUN INTERNATIONAL MIDWEST LIMITED | ACCOUNT RECEIVABLE | 1121-000 | 7,507.00 | | 13,849.76 |
| 07/26/06 | 2 | HUB INTERNATIONAL MIDWEST LIMITED | ACCOUNT RECEIVABLE | 1121-000 | 32.00 | | 13,881.76 |
| 07/26/06 | 2 | HUB INTERNATIONAL MIDWEST LIMITED | ACCOUNT RECEIVABLE | 1121-000 | 29.00 | | 13,910.76 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.36 | | 13,911.12 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.81 | | 13,922.93 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.44 | | 13,934.37 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.84 | | 13,946.21 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.46 | | 13,957.67 |
| 12/11/06 | 2 | Midway Enterprises, Inc. | ACCOUNT RECEIVABLE | 1121-000 | 9,681.00 | | 23,638.67 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.61 | | 23,655.28 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.10 | | 23,675.38 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.16 | | 23,693.54 |
| 03/01/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet St.<br>New Orleans, LA 70130 | Bond premium | 2300-000 | | 19.08 | 23,674.46 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.11 | | 23,694.57 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.49 | | 23,714.06 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.14 | | 23,734.20 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.51 | | 23,753.71 |
| 07/24/07 | 7 | UNITED STATES TREASURY | Tax refund<br>Income tax refund | 1224-000 | 11.23 | | 23,764.94 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.18 | | 23,785.12 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.20 | | 23,805.32 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 15.16 | | 23,820.48 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 15.18 | | 23,835.66 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 12.73 | | 23,848.39 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 11.40 | | 23,859.79 |

FORM 2



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 06-02737 -ABG
Case Name: JAMES MICHAEL INC

Taxpayer ID No: *******9913
For Period Ending: 12/15/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6498 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 9.45 | | 23,869.24 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 5.67 | | 23,874.91 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 21.06 | 23,853.85 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.64 | | 23,859.49 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.89 | | 23,864.38 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.02 | | 23,867.40 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.94 | | 23,870.34 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.03 | | 23,873.37 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.03 | | 23,876.40 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.94 | | 23,879.34 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.32 | | 23,881.66 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.96 | | 23,883.62 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.20 | | 23,884.82 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,885.02 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 23,885.20 |
| 02/28/09 | 000303 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 19.61 | 23,865.59 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 23,865.80 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 23,866.32 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,866.92 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,867.52 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 23,868.13 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 23,868.74 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 23,869.33 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,869.93 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,870.53 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 23,871.14 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,871.74 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.55 | | 23,872.29 |

## FORM 2



Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-02737 -ABG
Case Name: JAMES MICHAEL INC

Taxpayer ID No: *******9913
For Period Ending: 12/15/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6498 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/26/10 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 28.38 | 23,843.91 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 23,844.53 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 23,845.12 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,845.72 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,846.32 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,846.92 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 23,847.54 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 23,848.13 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,848.73 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,849.33 |

Account *******6498

| Count | Item | Amount |
|---|---|---|
| | Balance Forward | 0.00 |
| 7 | Deposits | 23,602.99 |
| 53 | Interest Postings | 334.47 |
| | Subtotal | $ 23,937.46 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | $ 23,937.46 |

| Count | Item | Amount |
|---|---|---|
| 4 | Checks | 88.13 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | $ 88.13 |

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-02737 -ABG
Case Name: JAMES MICHAEL INC

Taxpayer ID No: *******9913
For Period Ending: 12/15/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6498 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Case Number: 06-02737
Debtor Name: JAMES MICHAEL INC

Page 1
Claimant's Name Sequence

Date: December 15, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000013 | Airgas North Central<br>10 W 4th Street<br>Waterloo, IA 50701 | Unsecured | | $0.00 | $1,146.34 | $1,146.34 |
| 000005 | Bio-Green<br>30937 Gilmer Road<br>Volo, IL 60073 | Unsecured | | $0.00 | $605.00 | $605.00 |
| 000016 | Blue Boy Portable Toilets<br>Law Offices of MH Cohon<br>PO Box 636<br>Morton Grove, IL 60053 | Unsecured | | $0.00 | $457.49 | $457.49 |
| 000014 | Bowood Farms<br>4605 Olive St<br>St Louis, MO 63108 | Unsecured | | $0.00 | $4,890.05 | $4,890.05 |
| 000006 | Central Sod Farms, Inc.<br>20152 Rand Road<br>Palatine, IL 60067 | Unsecured | | $0.00 | $29,831.45 | $29,831.45 |
| 001<br>3110-00 | Cohen & Krol | Administrative | | $0.00 | $2,572.25 | $2,572.25 |
| 000004 | Conserv FS<br>c/o Teller, Levit & Silvertrust, PC<br>11 East Adams Street, Suite 800<br>Chicago, IL 60603 | Unsecured | | $0.00 | $47,068.32 | $47,068.32 |
| 000017 | D & R Trucking Company<br>PO Box 87755<br>Carol Stream, IL 60188 | Unsecured | | $0.00 | $489.36 | $489.36 |
| 000015 | Dam, Snell & Taveime, Ltd.<br>21 Rollins Road<br>Fox Lake, IL 60020 | Unsecured | | $0.00 | $19,970.64 | $19,970.64 |
| 000008 | G & H Developers Corp<br>c/o Robert Benjamin<br>Querrey & Harrow, Ltd.<br>175 W. Jackson, Suite 1600<br>Chicago, IL 60604 | Unsecured | | $0.00 | $535,356.56 | $535,356.56 |
| 000007 | G & H Developers Corp.<br>c/o Robert Benjamin<br>Querrey & Harrow, Ltd.<br>175 W. Jackson, Suite 1600<br>Chicago, IL 60604 | Unsecured | | $0.00 | $535,356.56 | $535,356.56 |
| 000018 | Napa Auto Supply - Lake Zurich<br>191 S. Rand Road<br>Lake Zurich, IL 60047 | Unsecured | | $0.00 | $8,727.30 | $8,727.30 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Case Number: 06-02737
Debtor Name: JAMES MICHAEL INC

Page 2
Claimant's Name Sequence

Date: December 15, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000011 | Neenah Foundry Company<br>2121 Brooks Avenue<br>Neenah, WI 54957 | Unsecured | | $0.00 | $12,393.01 | $12,393.01 |
| 000002 | Onyx Waste Services, Inc.<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094<br>Telephone Number: (410) 773-4085 | Unsecured | | $0.00 | $1,101.29 | $1,101.29 |
| 000003 | Pomp's Tire Service, Inc.<br>PO Box 1630<br>Green Bay, WI 54305-1630 | Unsecured | | $0.00 | $8,585.67 | $8,585.67 |
| 001<br>3410-00 | Popowcer Katten, Ltd. | Administrative | | $0.00 | $1,311.50 | $1,311.50 |
| 000012<br>040<br>5400-00 | Railroad Maintenance & Industrial Health and Welfa<br>c/o Cavanagh & O'Hara<br>407 E. Adams<br>PO Box 5043<br>Springfield, IL 62705 | Priority | | $0.00 | $71,400.00 | $71,400.00 |
| 000001 | Safety-Kleen Systems Inc<br>5400 Legacy Drive<br>Cluster, II Bldg 3<br>Plano, TX 75024 | Priority | | $0.00 | $156.42 | $156.42 |
| 000009 | Safety-Kleen Systems Inc<br>5400 Legacy Drive<br>Cluster, II Bldg 3<br>Plano, TX 75024 | Unsecured | | $0.00 | $292.00 | $292.00 |
| 000010 | Seyfarth Shaw, LLP<br>55 East Monroe St., #4200<br>Chicago, IL 60603 | Unsecured | | $0.00 | $40,224.05 | $40,224.05 |
| | Case Totals: | | | $0.00 | $1,321,935.26 | $1,321,935.26 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-02737
Case Name: JAMES MICHAEL INC
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |
| | $ |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $ 3,143.75 | $ 18.79 |
| *Attorney for trustee: Cohen & Krol* | $ 2,572.25 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Popowcer Katten, Ltd.* | $ 1,311.50 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 71,400.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000012* | *Railroad Maintenance & Industrial Health and Welfa* | $ 71,400.00 | $ 16,803.04 |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .