UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
JAMES MICHAEL INC § Case No. 06-02737
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 01/28/2010 in Courtroom B,
            Park City Branch Court
            301 Greenleaf Avenue
            Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____
                                           Clerk, U. S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                              §
                                    §
JAMES MICHAEL INC                   §      Case No. 06-02737
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 23,937.46 |
| *and approved disbursements of* | $ | 88.13 |
| *leaving a balance on hand of*[1] | $ | 23,849.33 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $ 3,143.75 | $ 18.79 |
| *Attorney for trustee: Cohen & Krol* | $ 2,572.25 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Popowcer Katten, Ltd.* | $ 1,311.50 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 71,400.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000012 | Railroad Maintenance & Industrial Health and Welfa | $       71,400.00 | $       16,803.65 |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Joseph E. Cohen_____
Trustee

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ahamilton              Page 1 of 2                   Date Rcvd: Jan 05, 2011
Case: 06-02737                 Form ID: pdf006              Total Noticed: 65

The following entities were noticed by first class mail on Jan 07, 2011.
db           +James Michael, Inc.,    25650 N Gilmer Road,    Mundelein, IL 60060-9464
aty          +Lester A Ottenheimer, III,    Ottenheimer Teplinsky & Rosenbloom, LLC,
               750 Lake Cook Rd - Ste 140,    Buffalo Grove, IL 60089-2071
aty          +Linda M Kujaca,    Law Office of Deborah K. Ebner,    11 E. Adams,    Suite 904,
               Chicago, IL 60603-6306
tr           +Joseph E Cohen,    Tr.,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
10649884      Accounttemps,    c/o Jonathan Neil & Associates,    12400 Collection Center Drive,
               Freehold, NJ 07728
10649885     +Accurate Office Supply Co.,    260 Gerzevske Lane,    Carol Stream, IL 60188-2049
10649886     +Advanced Security Technologies,    PO Box 834,    Lake Zurich, IL 60047-0834
10649887     +Airgas North Central,    10 W 4th Street,    Waterloo, IA 50701-5428
10649888     +Bio-Green,    30937 Gilmer Road,    Volo, IL 60073-9525
10649889     +Blue Boy Portable Toilets,    Law Offices of MH Cohon,    PO Box 636,    Morton Grove, IL 60053-0636
10649890     +Bowood Farms,    4605 Olive St,    St Louis, MO 63108-1816
10649892     +Central Sod Farms, Inc.,    25605 West 111th Street,    Plainfield, IL 60585-9542
10649891     +Central Sod Farms, Inc.,    20152 Rand Road,    Palatine, IL 60074-2030
10649893     +Cherry Brook Village Homeowners Asn,    c/o Ira M. Kann,    640 N. LaSalle St., #285,
               Chicago, IL 60654-3783
10649894     +Chicago Sprinkler Company,    8506 North Kedvale Avenue,    Skokie, IL 60076-2113
10649895     +City of Aurora,    44 East Downer Place,    Aurora, IL 60505-3302
10649898     +Conserv FS,    c/o Teller, Levit & Silvertrust, PC,    11 East Adams Street, Suite 800,
               Chicago, IL 60603-6324
10649899     +Copyco Printing,    95 East Bradrock Drive,    Des Plaines, IL 60018-1937
10649900     +D & R Trucking Company,    PO Box 87755,    Carol Stream, IL 60188-7755
10649902     +Dam, Snell & Taveime, Ltd.,    c/o Majors & Price,    707 Lake Cook Road, Suite 314,
               Deerfield, IL 60015-4933
10649901     +Dam, Snell & Taveime, Ltd.,    21 Rollins Road,    Fox Lake, IL 60020-1800
10649903     +David Listerman & Associatres, Inc.,    1236 Freeman Drive,    Beavercreek, OH 45434-7048
10649905     +Ferleger & Associates, Ltd.,    29 S. LaSalle Street, #300,    Chicago, IL 60603-1502
10649906      Freund International,    11816 South Route 47,    Huntley, IL 60142
10866115     +G & H Developers Corp,    c/o Robert Benjamin,    Querrey & Harrow, Ltd.,
               175 W. Jackson, Suite 1600,    Chicago, IL 60604-2686
10649907     +G&H Developers,    c/o Robert R. Benjamin,    175 W. Jackson Blvd., Suite 1600,
               Chicago, IL 60604-2827
10649908     +G&K Services North Chicago,    8201 South Cork Avenue,    Justice, IL 60458-1718
10649909     +International Union of Operating,    Engineers 6,    6200 Joliet Road,    Countryside, IL 60525-3957
10649912     +Klehm Nursery,    c/o Timothy Donohue,    29 S. LaSalle Street, Suite 828,    Chicago, IL 60603-1532
10649913     +Lange Motor Express,    4201 Doty Road,    Woodstock, IL 60098-7578
10649915     +Leach Enterprises, Inc.,    4304 Route 176,    Crystal Lake, IL 60014-3799
10649917     +Lurvey Farms,    W3411 State Road 59,    Whitewater, WI 53190-3032
10649918     +Lurvey Landscape Supply - Volo,    30560 North Russell Drive,    Volo, IL 60073-9650
10649919      McGinty Bros., Inc.,    3744 RFD Cuba Road,    Long Grove, IL 60047
10649920     +Michael Lowecki,    303 Laurel Avenue,    Libertyville, IL 60048-2129
10649921     +Midwest Groundcovers,    c/o James Bolz,    895 W. Main Street,    West Dundee, IL 60118-2098
10649922     +Murray and Trettel, Inc.,    414 West Frontage Road,    Northfield, IL 60093-3010
10649924     +NCI Computer Services,    1680 N. Delaney Road,    Gurnee, IL 60031-1238
10649923     +Napa Auto Supply - Lake Zurich,    291 S. Rand Road,    Lake Zurich, IL 60047-2275
10649925     +Neenah Foundry Company,    2121 Brooks Avenue,    Neenah, WI 54956-4700
10649926     +Nextel Communications,    PO Box 4191,    Carol Stream, IL 60197-4191
10649928     +Office Plus,    PO Box 8758,    Waukegan, IL 60079-8758
10649929     +Onyx Waste Services Midwest, Inc.,    8246 Innovation Way,    Chicago, IL 60682-0082
10775383     +Onyx Waste Services, Inc.,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126,    Telephone Number: (410) 773-4085
10649930     +Park Homeowners Association,    c/o Kovitz Shifrin Nesbit,    750 Lake Cook Road, Suite 350,
               Buffalo Grove, IL 60089-2088
10649933     +R. L. Corty & Co., Inc.,    3704 North Cicero Avenue,    Chicago, IL 60641-3616
10649934     +Railroad Maintenance & Industrial,    Health & Welfare Fund 2,    2725 W. Monroe Street,
               Springfield, IL 62704-1323
10907835     +Railroad Maintenance & Industrial Health and Welfa,    c/o Cavanagh & O'Hara,    407 E. Adams,
               PO Box 5043,    Springfield, IL 62705-5043
10649937      SBC,    Bill Payment Center,    Chicago, IL 60663
10649938     +Seyfarth Shaw, LLP,    55 East Monroe St., #4200,    Chicago, IL 60603-5713
10649939     +Sunset Cartage, Inc.,    PO Box 1113,    Crystal Lake, IL 60039-1113
10649940     +Turf Guys, Inc.,    1132 Rose Road,    Lake Zurich, IL 60047-1567
10649941      Turk's Greenhouses,    Rt. 60 W. Chrdon Road,    Grayslake, IL 60030
10649942     +United Parcel Service,    Lock Box 577,    Carol Stream, IL 60132-0001
10649943     +Victor Ford,    PO Box 339,    Wauconda, IL 60084-0339
10649944     +Vulcan materials,    747 E. 22nd Street,    Lombard, IL 60148-5034
10649945     +Wolowicki and Associates, L.L.C.,    1401 Brook Drive,    Downers Grove, IL 60515-1077
10649946     +XO Communications,    PO Box 7158,    Pasadena, CA 91109-7158

The following entities were noticed by electronic transmission on Jan 05, 2011.
10649896     +E-mail/Text: legalcollections@comed.com                            Commonwealth Edison,
               Com Ed Bill Payment Center,    Chicago, IL 60668-0001
10649910     +E-mail/Text: bkrptnotices@jjkeller.com                            J.J. Keller & Associates, Inc.,
               PO Box 548,    Neenah, WI 54957-0548
10649914     +E-mail/Text: creditadministration@lawsonproducts.com
               Lawson Products, Inc.,    2689 Paysphere Circle,    Chicago, IL 60674-0001
10649927     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    PO Box 310,
               Aurora, IL 60507-0310
10649931      E-mail/Text: drossner@pompstire.com                            Pomp's Tire Service, Inc.,
               PO Box 1630,    Green Bay, WI 54305-1630
```

```
District/off: 0752-1           User: ahamilton            Page 2 of 2                   Date Rcvd: Jan 05, 2011
Case: 06-02737                 Form ID: pdf006            Total Noticed: 65

The following entities were noticed by electronic transmission (continued)
10649936      +E-mail/Text: Bankruptcy@safety-kleen.com                         Safety-Kleen,   PO Box 650509,
               Dallas, TX 75265-0509
10690806      +E-mail/Text: Bankruptcy@safety-kleen.com                         Safety-Kleen Systems Inc,
               5400 Legacy Drive,   Cluster, II Bldg 3,   Plano, TX 75024-3105
                                                                                                  TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10649932       Progressive Business Compliance,   Address Unknown
10649897*     +Commonwealth Edison,   Com Ed Bill Payment Center,   Chicago, IL 60668-0001
10866253*     +G & H Developers Corp.,   c/o Robert Benjamin,   Querrey & Harrow, Ltd.,
               175 W. Jackson, Suite 1600,   Chicago, IL 60604-2686
10649904     ##+Diamond Blade Warehouse,   1351 Barclay Blvd.,   Buffalo Grove, IL 60089-4501
10649911     ##+King Nursery,   6849 Route 34,   Oswego, IL 60543-8856
10649916     ##+Lite Technology, Inc.,   700 Forest Edge Drive,   Vernon Hills, IL 60061-3172
10649935     ##+River City Landscape Supply, Inc.,   610 East Shipyard Road,   Seneca, IL 61360-9469
                                                                                 TOTALS: 1, * 2, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2011**            **Signature:** *Joseph Speetjens*