**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JAMES MICHAEL INC | § | Case No. 06-02737 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 16,804.16 | Claims Discharged<br>Without Payment: 1,301,247.35 |
| Total Expenses of Administration: 7,134.42 | |

3) Total gross receipts of $ 23,938.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 23,938.58 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,134.42 | 7,134.42 | 7,134.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 71,400.00 | 71,400.00 | 16,804.16 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 1,246,651.51 | 1,246,651.51 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 1,325,185.93 | $ 1,325,185.93 | $ 23,938.58 |

4) This case was originally filed under chapter 7 on 03/20/2006 . The case was pending for 65 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2011 By:/s/JOSEPH E. COHEN
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNT RECEIVABLE | 1121-000 | 23,591.76 |
| INCOME TAX REFUND | 1224-000 | 11.23 |
| Post-Petition Interest Deposits | 1270-000 | 335.59 |
| **TOTAL GROSS RECEIPTS** | | $ 23,938.58 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | 2100-000 | NA | 3,143.75 | 3,143.75 | 3,143.75 |
| JOSEPH E. COHEN | 2200-000 | NA | 18.79 | 18.79 | 18.79 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 19.08 | 19.08 | 19.08 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 21.06 | 21.06 | 21.06 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 19.61 | 19.61 | 19.61 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 28.38 | 28.38 | 28.38 |
| COHEN & KROL | 3110-000 | NA | 1,714.83 | 1,714.83 | 1,714.83 |
| JOSEPH E. COHEN | 3110-000 | NA | 857.42 | 857.42 | 857.42 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 1,311.50 | 1,311.50 | 1,311.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$** NA | **$** 7,134.42 | **$** 7,134.42 | **$** 7,134.42 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | RAILROAD MAINTENANCE & INDUSTRIAL H | 5400-000 | NA | 71,400.00 | 71,400.00 | 16,804.16 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 71,400.00 | $ 71,400.00 | $ 16,804.16 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | AIRGAS NORTH CENTRAL | 7100-000 | NA | 1,146.34 | 1,146.34 | 0.00 |
| 000005 | BIO-GREEN | 7100-000 | NA | 605.00 | 605.00 | 0.00 |
| 000016 | BLUE BOY PORTABLE TOILETS | 7100-000 | NA | 457.49 | 457.49 | 0.00 |
| 000014 | BOWOOD FARMS | 7100-000 | NA | 4,890.05 | 4,890.05 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CENTRAL SOD FARMS, INC. | 7100-000 | NA | 29,831.45 | 29,831.45 | 0.00 |
| 000004 | CONSERV FS | 7100-000 | NA | 47,068.32 | 47,068.32 | 0.00 |
| 000017 | D & R TRUCKING COMPANY | 7100-000 | NA | 489.36 | 489.36 | 0.00 |
| 000015 | DAM, SNELL & TAVEIME, LTD. | 7100-000 | NA | 19,970.64 | 19,970.64 | 0.00 |
| 000008 | G & H DEVELOPERS CORP | 7100-000 | NA | 535,356.56 | 535,356.56 | 0.00 |
| 000007 | G & H DEVELOPERS CORP. | 7100-000 | NA | 535,356.56 | 535,356.56 | 0.00 |
| 000018 | NAPA AUTO SUPPLY - LAKE ZURICH | 7100-000 | NA | 8,727.30 | 8,727.30 | 0.00 |
| 000011 | NEENAH FOUNDRY COMPANY | 7100-000 | NA | 12,393.01 | 12,393.01 | 0.00 |
| 000002 | ONYX WASTE SERVICES, INC. | 7100-000 | NA | 1,101.29 | 1,101.29 | 0.00 |
| 000003 | POMP'S TIRE SERVICE, INC. | 7100-000 | NA | 8,585.67 | 8,585.67 | 0.00 |
| 000009 | SAFETY-KLEEN SYSTEMS INC | 7100-000 | NA | 292.00 | 292.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | SAFETY-KLEEN SYSTEMS INC | 7100-000 | NA | 156.42 | 156.42 | 0.00 |
| 000010 | SEYFARTH SHAW, LLP | 7100-000 | NA | 40,224.05 | 40,224.05 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ NA | $ 1,246,651.51 | $ 1,246,651.51 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 06-02737 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: JAMES MICHAEL INC

For Period Ending: 07/11/11

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 03/20/06 (f)
341(a) Meeting Date: 04/20/06
Claims Bar Date: 10/27/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 1,960.00 | 1,000.00 | | 0.00 | FA |
| 2. ACCOUNT RECEVIABLE | 161,520.00 | 50,000.00 | | 23,591.76 | FA |
| 3. VEHICLE | 5,000.00 | 3,000.00 | | 0.00 | FA |
| 4. OFFICE EQUIPMENT | 2,500.00 | 1,000.00 | | 0.00 | FA |
| 5. MACHINERY | 6,000.00 | 2,000.00 | | 0.00 | FA |
| 6. INVENTORY | 500.00 | 0.00 | | 0.00 | FA |
| 7. INCOME TAX REFUND (u) | 0.00 | Unknown | | 11.23 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 335.59 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $177,480.00 | $57,000.00 | | $23,938.58 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR. TRUSTEE IS COLLECTING ACCOUNTS RECEIVABLE OF DEBTOR. TRUSTEE MAY FILE ADVERSARY COMPLAINTS TO COLLECT RECEIVABLES. TRUSTEE TO FILE MOTION TO EMPLOY ACCOUNTANT. TRUSTEE HAS FILED MOTION TO EMPLOY ACCOUNTANT AND MOTION FOR TURNOVER OF PRIOR TAX RETURNS. TRUSTEE IS DRAFTING HIS FINAL REPORT. TRUSTEE HAS FILED HIS FINAL REPORT AND FINAL MEETING SET FOR 1/28/2011.

Initial Projected Date of Final Report (TFR): 11/30/07 Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 06-02737 -ABG
Case Name: JAMES MICHAEL INC

Taxpayer ID No: *******9913
For Period Ending: 07/11/11

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6498 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/26/06 | 2 | MIDWAY ENTERPRISES, INC. | ACCOUNT RECEIVABLE | 1121-000 | 5,005.80 | | 5,005.80 |
| 07/26/06 | 2 | IMPERIAL A.I. CREDIT | ACCOUNT RECEIVABLE | 1121-000 | 1,336.96 | | 6,342.76 |
| 07/26/06 | 2 | HUN INTERNATIONAL MIDWEST LIMITED | ACCOUNT RECEIVABLE | 1121-000 | 7,507.00 | | 13,849.76 |
| 07/26/06 | 2 | HUB INTERNATIONAL MIDWEST LIMITED | ACCOUNT RECEIVABLE | 1121-000 | 32.00 | | 13,881.76 |
| 07/26/06 | 2 | HUB INTERNATIONAL MIDWEST LIMITED | ACCOUNT RECEIVABLE | 1121-000 | 29.00 | | 13,910.76 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.36 | | 13,911.12 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.81 | | 13,922.93 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.44 | | 13,934.37 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.84 | | 13,946.21 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.46 | | 13,957.67 |
| 12/11/06 | 2 | Midway Enterprises, Inc. | ACCOUNT RECEIVABLE | 1121-000 | 9,681.00 | | 23,638.67 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.61 | | 23,655.28 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.10 | | 23,675.38 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.16 | | 23,693.54 |
| 03/01/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet St.<br>New Orleans, LA 70130 | Bond premium | 2300-000 | | 19.08 | 23,674.46 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.11 | | 23,694.57 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.49 | | 23,714.06 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.14 | | 23,734.20 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.51 | | 23,753.71 |
| 07/24/07 | 7 | UNITED STATES TREASURY | Tax refund<br>Income tax refund | 1224-000 | 11.23 | | 23,764.94 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.18 | | 23,785.12 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.20 | | 23,805.32 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 15.16 | | 23,820.48 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 15.18 | | 23,835.66 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 12.73 | | 23,848.39 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 11.40 | | 23,859.79 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-02737 -ABG
Case Name: JAMES MICHAEL INC

Taxpayer ID No: *******9913
For Period Ending: 07/11/11

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6498 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 9.45 | | 23,869.24 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 5.67 | | 23,874.91 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 21.06 | 23,853.85 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.64 | | 23,859.49 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.89 | | 23,864.38 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.02 | | 23,867.40 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.94 | | 23,870.34 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.03 | | 23,873.37 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.03 | | 23,876.40 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.94 | | 23,879.34 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.32 | | 23,881.66 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.96 | | 23,883.62 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.20 | | 23,884.82 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,885.02 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 23,885.20 |
| 02/28/09 | 000303 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 19.61 | 23,865.59 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 23,865.80 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 23,866.32 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,866.92 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,867.52 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 23,868.13 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 23,868.74 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 23,869.33 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,869.93 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,870.53 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 23,871.14 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,871.74 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.55 | | 23,872.29 |

FORM 2



Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-02737 -ABG
Case Name: JAMES MICHAEL INC

Taxpayer ID No: *******9913
For Period Ending: 07/11/11

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6498 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/26/10 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 28.38 | 23,843.91 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 23,844.53 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 23,845.12 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,845.72 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,846.32 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,846.92 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 23,847.54 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 23,848.13 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,848.73 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,849.33 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 23,849.94 |
| 01/27/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.51 | | 23,850.45 |
| 01/27/11 | | Transfer to Acct #*******1532 | Final Posting Transfer | 9999-000 | | 23,850.45 | 0.00 |

Account *******6498

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 7 | Deposits | 23,602.99 | 4 | Checks | | 88.13 |
| 55 | Interest Postings | 335.59 | 0 | Adjustments Out | | 0.00 |
| | | | 1 | Transfers Out | | 23,850.45 |
| | Subtotal | $ 23,938.58 | | | | |
| | | | | Total | $ | 23,938.58 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ 23,938.58 | | | | |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-02737 -ABG
Case Name: JAMES MICHAEL INC

Taxpayer ID No: *******9913
For Period Ending: 07/11/11

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1532 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/27/11 | | Transfer from Acct #*******6498 | Transfer In From MMA Account | 9999-000 | 23,850.45 | | 23,850.45 |
| 02/03/11 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 3,143.75 | 20,706.70 |
| 02/03/11 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 18.79 | 20,687.91 |
| 02/03/11 | 003003 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 1,714.83 | 18,973.08 |
| 02/03/11 | 003004 | Popowcer Katten, Ltd. | Accountant for Trustee fees<br>Accountant for Trustee fees | 3410-000 | | 1,311.50 | 17,661.58 |
| 02/03/11 | 003005 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 857.42 | 16,804.16 |
| 02/03/11 | 003006 | Railroad Maintenance & Industrial Health and Welfa<br>c/o Cavanagh & O'Hara<br>407 E. Adams<br>PO Box 5043<br>Springfield, IL 62705 | Claim 000012, Payment 23.53524% | 5400-000 | | 16,804.16 | 0.00 |

Account *******1532

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 0 | Deposits | 0.00 | 6 | Checks | | 23,850.45 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | | 0.00 |
| | | | 0 | Transfers Out | | 0.00 |
| | Subtotal | $ 0.00 | | | | |
| | | | | Total | $ | 23,850.45 |
| 0 | Adjustments In | 0.00 | | | | |
| 1 | Transfers In | 23,850.45 | | | | |
| | Total | $ 23,850.45 | | | | |

FORM 2



Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-02737 -ABG
Case Name: JAMES MICHAEL INC

Taxpayer ID No: *******9913
For Period Ending: 07/11/11

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1532 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 7 | Deposits | 23,602.99 | 10 | Checks | 23,938.58 |
| 55 | Interest Postings | 335.59 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 23,850.45 |
| | Subtotal | $ 23,938.58 | | | |
| | | | | Total | $ 47,789.03 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 23,850.45 | | | |
| | Total | $ 47,789.03 | | Net Total Balance | $ 0.00 |